■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS MEDERO, Appellant. [937 NYS2d 664]

Concur—
Mazzarelli, J.P., Andrias, Saxe, Freedman and Román, JJ.